**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Galen Alexander Hughes            CHAPTER 13
                         Debtor(s)

                                         BKY. NO. 22-12059 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                                 Respectfully submitted,

                                                 /s/ *Rebecca Solarz*
                                                 Rebecca Solarz
                                                 01 Sep 2022, 09:54:40, EDT

                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106-1532
                                                 (215) 627-1322