# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Galen Alexander Hughes, | : | Chapter 13 |
| Debtor | : | Case No.: 22-12059-mdc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed September 16, 2022, as follows:

***Via First Class USPS Mail on September 16, 2022:***

Latosha A. Moody, Asst VP
Truist, Support Services
P.O. Box 85092, 306-40-06-10
Richmond VA 23286

***Via Electronic Filing (ECF) on September 16, 2022:***

Rebecca Ann Solarz, Esquire on behalf of Pennsylvania Housing Finance Agency
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
Joseph Quinn, Esquire
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
jquinn@rqplaw.com

Date: September 16, 2022    Counsel for Debtor

1