**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Galen Alexander Hughes, | : | Chapter 13 |
| Debtor | : | Case No.: 22-12059-mdc |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Second Amended Chapter 13 Plan dated and docketed October 17, 2022, as follows:

***Via First Class USPS Mail on October 17, 2022:***

Latosha A. Moody, Asst VP
Truist, Support Services
P.O. Box 85092, 306-40-06-10
Richmond VA 23286

***Via Electronic Filing (ECF) on October 17, 2022:***

Brian Craig Nicholas, Esquire on behalf of Pennsylvania Housing Finance Agency
bkgroup@kmllawgroup.com, bnicholas@kmllawgroup.com

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                **ROSS, QUINN & PLOPPERT, P.C.**

                    By:    */s/ Joseph Quinn*
                           Joseph Quinn, Esquire
                           192 S. Hanover Street, Suite 101
                           Pottstown, PA 19464
                           T: 610.323.5300
                           F: 610.323.6081
                           jquinn@rqplaw.com
Date: October 17, 2022            Counsel for Debtor