United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12059-mdc |
| Galen Alexander Hughes | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 17, 2022 | Form ID: 155 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Galen Alexander Hughes, 444 Beech Street, Pottstown, PA 19464-5632 |
| 14719011 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O REBECCA ANN SOLARZ, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14711522 | + | Tri County Area Fcu, 1550 Medical Dr, Pottstown, PA 19464-3225 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14711516 | + | Email/Text: bankruptcy@bbandt.com | Nov 18 2022 00:06:00 | BB&T/Truist, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894-1847 |
| 14711515 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 18 2022 00:06:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14711517 | + | Email/Text: BKPT@cfna.com | Nov 18 2022 00:06:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14715257 | | Email/Text: BKPT@cfna.com | Nov 18 2022 00:06:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 14715051 | | Email/Text: mrdiscen@discover.com | Nov 18 2022 00:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14711519 | + | Email/Text: mrdiscen@discover.com | Nov 18 2022 00:06:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14711518 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 18 2022 00:16:58 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14723163 | + | Email/Text: RASEBN@raslg.com | Nov 18 2022 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14727416 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 00:16:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14711520 | | Email/Text: blegal@phfa.org | Nov 18 2022 00:06:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14718605 | ^ | MEBN | Nov 18 2022 00:02:07 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14728790 | + | Email/Text: blegal@phfa.org | Nov 18 2022 00:06:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14711521 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2022 00:16:58 | Synchrony Bank, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14711898 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2022 00:17:05 | Synchrony Bank, c/o of PRA Receivables |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 17, 2022 | Form ID: 155 | Total Noticed: 18 |

| | | | |
|---|---|---|---|
| | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14721732 | + Email/Text: bankruptcy@bbandt.com | Nov 18 2022 00:06:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2022          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Galen Alexander Hughes CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Galen Alexander Hughes
      Debtor(s)

Chapter: 13

Bankruptcy No: 22−12059−mdc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this November 17, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                    Magdeline D. Coleman
                    Chief Judge ,
                    United States Bankruptcy Court