THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Galen Alexander Hughes, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 22-12059-pmm |

*****************
**Hearing to be Held:**
**Date:    October 10, 2024**
**Time:    11:00am**
**Place:   United States Bankruptcy Court**
**Eastern District of Pennsylvania**
**Courtroom #1**
**Robert N.C. Nix, Sr. Federal Courthouse**
**900 Market Street**
**Philadelphia, PA 19107**
*****************

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Movant Galen Alexander Hughes, by and through counsel of Ross, Quinn & Ploppert, P.C., has filed a motion to sell real estate known as 444 Beech Street, Pottstown, Pennsylvania 19464 and to pay commissions and customary closing costs.

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 4, 2024 you or your attorney must do ALL of the following:

    (a).    file an answer explaining your position at

    United States Bankruptcy Court
    Eastern District of Pennsylvania
    Robert N.C. Nix, Sr. Federal Courthouse
    900 Market Street, Suite 400
    Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to attorney for movants:

    Joseph Quinn, Esquire
    ROSS, QUINN & PLOPPERT, P.C.
    192 S. Hanover Street, Suite 101
    Pottstown, PA  19464

      2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer, United States Bankruptcy Judge, on October 10, 2024 at 11:00 am in:

> **United States Bankruptcy Court**
> **Eastern District of PA - Philadelphia Division**
> **Courtroom #1**
> **Robert N.C. Nix, Sr. Federal Courthouse**
> **900 Market Street**
> **Philadelphia, PA 19107**

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the bankruptcy clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        192 S. Hanover Street, Suite 101
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        JQuinn@rqplaw.com
        Counsel for Debtor

Date:  September 13, 2024