THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Galen Alexander Hughes,         :        Chapter 13
          Debtor                          :        Bankruptcy No.: 22-12059-pmm

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Galen Alexander Hughes, hereby certify that on September 13, 2024, a true and correct copy of Debtor's Motion to Sell Real Estate along with Notice of Motion was forwarded to the following parties, as follows:

*Via Electronic Filing (ECF) on September 13, 2024:*

Denise Elizabeth Carlon on behalf of Pennsylvania Housing Finance Agency
bkgroup@kmllawgroup.com

Leon P. Haller on behalf of Pennsylvania Housing Finance Agency
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

*Via First Class US Mail on September 13, 2024:*

Latosha A. Moody, Asst VP
Truist, Support Services
P.O. Box 85092, 306-40-06-10
Richmond VA 23286

All other creditors not otherwise notified by ECF on the mailing matrix.

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      192 S. Hanover Street, Suite 101
      Pottstown, PA 19464
Date:  September 13, 2024          Counsel for Debtor