THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Galen Alexander Hughes, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 22-12059-pmm |

### CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Galen Alexander Hughes, Debtor in the above-captioned matter.

2. That a motion to sell real estate was filed on September 13, 2024.

3. That a certificate of service was filed with the court on September 13, 2024 declaring timely service to parties in interest.

4. A response to the Motion was due on or before October 4, 2024.

5. No response to said Motion has been received as of October 9, 2024.


ROSS, QUINN & PLOPPERT, P.C.

BY:   */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610) 323 - 6081

Date:  October 9, 2024                    JQuinn@rqplaw.com