United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12059-pmm |
| Galen Alexander Hughes | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 10, 2024 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Galen Alexander Hughes, 444 Beech Street, Pottstown, PA 19464-5632 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 10 2024 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2024 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2024          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 10, 2024 | Form ID: pdf900 | Total Noticed: 3 |

JOSEPH L QUINN
    on behalf of Debtor Galen Alexander Hughes CourtNotices@rqplaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Galen Alexander Hughes, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 22-12059-pmm |

**ORDER**

**AND NOW**, upon consideration of the Motion to Sell Real Property, and upon notice to all interested parties and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor Galen Alexander Hughes is granted permission to sell real property known as 444 Beech Street, Pottstown, PA 19464 (the "Property") for the sale price of $120,000.00 to buyer KN Partners LLC or Corporate Assignee ("Buyer"), who has been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

1. Estimated ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters     $     150.00

2. Lien paid at closing – Pennsylvania Housing Finance Agency*     $   56,930.52
   * the lien shall be paid in full and will vary accordingly based on actual settlement date.  Pennsylvania Housing Finance Agency shall retain its lien on the real property until the lien is paid in full.

3. Pennsylvania Real Estate Transfer Tax of 1.0%     $    1,200.00

4. Commission to Kelly Real Estate, Inc. (Agent of Seller)     $    3,600.00

5. Commission to Carr Real Estate (Agent of Buyer)     $    3,600.00

6. Exact Sum Paid to Chapter 13 Trustee Kenneth E. West     $    9,960.00

7. Attorney's Fees Paid to Ross, Quinn & Ploppert, P.C., Counsel     $    1,200.00

8. Estimated Proceeds Remaining for Seller Galen Hughes     $   43,359.48

Total:     $ 120,000.00

1

All liens upon the Property shall be paid in full and the payment amounts will vary according to the date of settlement of the sale transaction. All liens upon the Property shall be retained until payment of the liens in full.

This Order permitting sale of the real estate shall be effective and enforceable immediately upon entry and debtor Galen Alexander Hughes and Buyer are authorized to close the Sale immediately upon entry of this Sale Order. The stay required under Bankruptcy Rule 6004(h) is hereby waived.

Creditors, paid at settlement, shall either (1) file an amended proof of claim or (2) withdraw the proof of claim, upon receiving sale proceeds in satisfaction of their secured claims and interests.

The Standing Chapter 13 Trustee Kenneth West is authorized to adjust the percentage paid to unsecured creditors based on the funds received in accordance to 11 U.S.C. §1329.

The title clerk shall fax and email a completed HUD-1 or settlement sheet from the closing directly to settlementsheet@ph13trustee.com immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon trustee approval, the title clerk shall email a copy of the disbursement check to the trustee and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

The balance of sales proceeds after all the above distributions shall be paid to the Debtor(s) as sole owner(s) of the property.

In the event the case is converted to Chapter 7, any funds remaining in the possession of the standing Chapter 13 trustee derived from the sale of the real estate shall be transferred to the appointed Chapter 7 trustee.

BY THE COURT:

**Date: October 10, 2024**

_____
Patricia M. Mayer
U.S. Bankruptcy Judge

2