# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Galen Alexander Hughes, | : | Chapter 13 |
| Debtor | : | Case No.: 22-12059-pmm |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

TO THE CLERK:

    Kindly update the Court's records to reflect a new address for debtor, Galen Alexander Hughes, effective immediately, to:

> 221 Sweinhart Road
> Boyertown, PA 19512

By:  */s/ Joseph L. Quinn*
       Joseph L. Quinn, Esquire
       ROSS, QUINN & PLOPPERT, P.C.
       192 S. Hanover Street, Suite 101
       Pottstown, PA 19464
       Ph; (610) 323-5300
       jquinn@rqplaw.com

Date: November 26, 2024