United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 22-12059-pmm
Galen Alexander Hughes                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                 User: admin                                      Page 1 of 2
Date Rcvd: Dec 12, 2024                           Form ID: 138OBJ                                Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Galen Alexander Hughes, 221 Sweinhart Road, Boyertown, PA 19512-9704 |
| 14719011 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O REBECCA ANN SOLARZ, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14711522 | + | Tri County Area Fcu, 1550 Medical Dr, Pottstown, PA 19464-3225 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 13 2024 00:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2024 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14711516 | + | Email/Text: bankruptcy@bbandt.com | Dec 13 2024 00:21:00 | BB&T/Truist, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894-1847 |
| 14711515 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 13 2024 00:20:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14711517 | + | Email/Text: BKPT@cfna.com | Dec 13 2024 00:20:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14715257 | | Email/Text: BKPT@cfna.com | Dec 13 2024 00:20:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 14715051 | | Email/Text: mrdiscen@discover.com | Dec 13 2024 00:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14711519 | + | Email/Text: mrdiscen@discover.com | Dec 13 2024 00:20:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14711518 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 13 2024 00:28:13 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14723163 | + | Email/Text: RASEBN@raslg.com | Dec 13 2024 00:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14727416 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2024 00:27:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14711520 | | Email/Text: blegal@phfa.org | Dec 13 2024 00:21:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14718605 | ^ | MEBN | Dec 13 2024 00:16:22 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

Case 22-12059-pmm   Doc 41   Filed 12/14/24   Entered 12/15/24 00:37:11   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 12, 2024 | Form ID: 138OBJ | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| 14728790 | + | Email/Text: blegal@phfa.org | Dec 13 2024 00:21:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14711521 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2024 00:27:16 | Synchrony Bank, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14711898 | ^ | MEBN | Dec 13 2024 00:16:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14721732 | + | Email/Text: bankruptcy@bbandt.com | Dec 13 2024 00:21:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Dec 14, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:

**Name**  **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

JOSEPH L QUINN
on behalf of Debtor Galen Alexander Hughes CourtNotices@rqplaw.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 138OBJ* (6/24)−doc 40 − 39

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Galen Alexander Hughes ) | Case No. 22−12059−pmm |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 12, 2024                                                    For The Court

                                                                                                      Timothy B. McGrath
                                                                                                      Clerk of Court